UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ROBERT RUFFIN | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 22-2573 |
| ORLEANS PARISH SHERIFF'S OFFICE, ET AL | * | SECTION "P" (2) |

## ORDER AND REASONS

Defendants' Motion to Compel (ECF No. 31) is pending before me in this matter. The motion was scheduled for submission on August 23, 2023. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on Tuesday, August 15, 2023. *See* E.D. La. L.R. 7.5.

Defendants issued discovery on June 7, 2023, and despite repeated requests, no responses have been provided to date. ECF No. 31-1 at 1-2; *see also* ECF No. 31-2 at 10. Plaintiff has also failed to respond to the motion or identify any justification for the failure to respond.

Having considered the record, the written submissions of counsel, the lack of Opposition Memoranda, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 31) is GRANTED. This Order reserves to Defendants the right to file an appropriate motion, with supporting documentation, to recover fees and costs incurred in filing the motion in accordance with FED. R. CIV. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 15 days, Plaintiff must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this 23rd day of August, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE